UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HASAN SHEIKH**,<br>Plaintiff,<br>v.<br>**LORETTA LYNCH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.**,<br>Defendants. | Case No. 15-cv-01873-YGR<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING; CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 17 |

The parties shall file supplemental briefs in connection with the pending motion to dismiss (Dkt. No. 17) as to whether requiring exhaustion is appropriate where a governing statute is purportedly in conflict with its implementing regulation. *See Coyt v. Holder*, 593 F.3d 902, 905 (9th Cir. 2010); *Espinoza-Guttierez v. Smith*, 94 F.3d 1270, 1273-74 (9th Cir. 1996). Each side's brief shall be filed by **October 9, 2015** and shall not exceed five (5) pages.

In light of the foregoing, the hearing on the motion to dismiss and the case management conference currently set for October 6, 2015 are hereby **CONTINUED** to **October 20, 2015** at **2 p.m.**

**IT IS SO ORDERED.**

Dated: September 30, 2015

*[signature]*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**