UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HASAN SHEIKH,**

        Plaintiff,

    v.

**LORETTA LYNCH, UNITED STATES ATTORNEY GENERAL, ET AL.,**

        Defendants.

Case No. 15-cv-01873-YGR

**ORDER REQUIRING SUR-REPLY**

Re: Dkt. No. 31

Plaintiff has moved to alter or amend the judgment entered in the above-captioned matter pursuant to Federal Rule of Civil Procedure 59(e). (Dkt. No. 31.) In his reply brief, he relies upon *Minasyan v. Mukasey*, 553 F.3d 1224 (9th Cir. 2009), a case "not heretofor [*sic*] cited in this matter." (Dkt. No. 33 at 1.) The Court thus **ORDERS** the government to file a sur-reply of no more than five (5) pages, addressing this newly cited authority, by **January 20, 2016**.

The Court **VACATES** the hearing set for February 2, 2016, to be reset if necessary.

**IT IS SO ORDERED.**

Dated: January 12, 2016

                                      **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**